united states district court
for the _____ district of nebraska
_____ division

case no. 8:25CV38

binyamin el previously )
known as benjamin draper )
   plaintiff )
          )
   v. )
          )
abbi romshek )
caroline sojka )
nathan klein )
emily medcalf )
george thompson )
   defendant )

complaint for violation of civil rights

I. parties to the complaint
  a. the plaintiff
    binyamin el previously known as benjamin draper
    mailing location: 710 south 17 st.
                   omaha, nebraska 68102

  b. the defendants
    defendant 1. abbi romshek in her (individual capacity)
    work title: public defender
    work location: 1717 harney st. 5th floor
                  omaha, nebraska 68183

RECEIVED
FEB - 3 REC'D
CLERK
U.S. DISTRICT COURT

defendant 2.          caroline sojka
   work title:        public defender
   work location:     1717 harney st. 5th floor
                           omaha, nebraska 68183

defendant 3.          nathan klein
   work title:        prosecutor
   work location:     1717 harney st. 7th floor
                           omaha, nebraska 68183

defendant 4.          emily medcalf
   work title:        prosecutor
   work location:     1717 harney st 7th floor
                           omaha, nebraska 68183

defendant 5.          george thompson
   work title:        judge
   work location:     1210 golden gate dr. #3141
                           papillion, nebraska 68046

II basis for jurisdiction
18 u.s.c. sec. 241 and 18 u.s.c. sec. 242

   a. i am bringing suit against state officials in their individual capacity.

   b. under 18 u.s.c. sec. 241, my right to defend and protect myself as well as my right to liberty and autonomy is be conspired against.

   c. under 18 u.s.c. sec. 242, my right to self defense liberty and autonomy are being hindered and deprived by color of law.

                                                     2 of 4

defendant 2. caroline sojka ka

defendant 2. caroline sojka ka

III. statement of claim

in reference to case no. CR21-2935, abbi romshek, caroline sojka and george thompson acts on my behalf without my consent. i am compelled by way of extraction order to be present at there court actions. when i am there, i express on the record that i do not consent to work with the court appointed public defenders and that i do not consent to the actions of their court. they ignore my statements and proceed anyway; therefore conspiring against me and depriving me of my natural inherent right to autonomy.

george thompson, nathan klein and emily medcalf are using nebraska statutes to conspire against me and deprive me of my natural inherent right to liberty and autonomy.

IV. relief

i am not seeking any monetary compensation. i am seeking for the defendants to cease and desist their actions immediately and that i am release from unlawful detainment.

V. certification and closing

under federal rule of civil procedure 11, by signing below, i certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for futher investigation or discovery; and (4) the complaint otherwise complies with the requirements of rule 11.

a. i agree to provide the clerk's office with any changes to my ~~address~~ mailing location where case-related papers may be served. i understand that my failure to keep a current mailing location on file with the clerk's office may result in the dismissal of my case.

on the 29th day of the first month anno 41st aetatis suae (january 29, 2025)

binyamin el
binyamin el

mailing location: 710 south 17 street
                  omaha, nebraska ~~68183~~ 68102

binyamin e[...]

Printed Name

( 2158199 ) ( 11-30 )
Data #        Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
30 JAN 2025 PM 4 L

u.s. district Court
district of nebraska
111 south 18 plaza #1152
omaha, nebraska 68102



RECEIVED
FEB - 3 REC'D
CLERK
U.S. DISTRICT COURT

68102-132277